United States District Court
Southern District of Texas
**ENTERED**
May 17, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CRIMINAL ACTION NO. H-10-767-1 |
| § | |
| Shell Nigeria Exploration and Production § | |
| Company, Ltd. § | |

ORDER STRIKING DOCUMENT

The Clerk has filed your Request (Docket Entry No. 11), however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☑ No certificate of service or explanation why service is not required (L.R. 5.3).

5. ☐ Motion does not comply with L.R.7.

  a. ☐ No statement of opposition or non-opposition (L.R.7.2).

  b. ☐ No statement of conference with the respondent (L.R. 7.1.D(1)).

  c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☐ Other: Defendant is represented by counsel. All filings must be made by counsel.

The document is stricken from the record.

Date: May 17, 2017

_____
UNITED STATES DISTRICT JUDGE